UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-81022-CIV-MIDDLEBROOKS/BRANNON

NET TALK.COM, INC.,
    Plaintiff,

v.

MAGICJACK VOCALTEC LTD., *et al.*,
    Defendant.
_____/

## ORDER ON AGREED MOTION FOR ENLARGEMENT OF TIME

THIS CAUSE comes before the Court upon Plaintiff's Agreed Motion for Enlargement of Time ("Motion") (DE 23), filed November 30, 2012. I have considered the Motion and the record in this case, and am otherwise fully advised in the premises.

In the Motion, Plaintiff asks the Court to allow an additional three days for Plaintiff to respond to Defendants' Motion to Dismiss for Failure to State a Claim (DE 13). In support of the request, Plaintiff only advises the Court that the Parties have mutually agreed to the additional three days to brief the Motion to Dismiss. I highly disfavor granting extensions of time, and I advise the Parties that I will not be inclined to grant any extensions absent good cause shown. Nevertheless, I will grant the instant Motion, but any future requests for extensions must set forth good cause for the requested relief.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Agreed Motion for Enlargement of Time (DE 23) is **GRANTED**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 3 day of December, 2012.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record