UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 12-81022-CIV-MIDDLEBROOKS/BRANNON**

NETTALK.COM, INC.,

    Plaintiff,

vs.

MAGICJACK VOCALTEC LTD., et al.,

    Defendants
_____/

**DEFENDANTS' FURTHER STATUS REPORT ON
THE *EX PARTE* REEXAMINATION OF THE PATENT-IN-SUIT**

On December 17, 2013, defendants magicJack VocalTec Ltd., magicJack LP, magicJack Holding Corp., and Daniel Borislow (collectively, the "magicJack defendants") filed a Status Report on the *Ex Parte* Reexamination of the Patent-in-Suit, pursuant to the Court's June 17, 2013 order ("June 17 Order") that they must submit such updates once every three months.  D.E. 36.  The June 17 Order also instructed the magicJack defendants to notify the Court "immediately" if the Patent Office renders a "final decision" during the pendency of the stay.  *Id.*

On December 19, 2013, two days after the magicJack defendants filed their December 17 Status Report and somewhat surprisingly, the Patent Office issued a Notice of Intent to Issue Reexamination Certificate indicating that the patentee's amended claims will be allowed to issue.  This was not known to defendants at the time the December 17 Status Report was prepared and filed.

The Patent Office's Notice of Intent does not, however, end the reexamination.  The reexamination will not be final until the Patent Office issues a certificate of completion for the

examination (*see* D.E. 37 at 2). Defendants understand that the Reexamination Certificate may take 4-6 weeks to issue, but wished to apprise the Court at this earliest opportunity.

The claims that will be allowed to issue per the Reexamination Certificate are *amended* claims, and not the original claims of the patent asserted by plaintiff when it filed this action. The magicJack defendants are evaluating how these amended claims will impact the claims and defenses asserted in this action, including whether lifting the stay is warranted at this time.

At the time that this case was stayed in December 2012, this action had not progressed beyond the pleading stage and no discovery had been undertaken by any of the parties. In addition, the magicJack defendants had filed a Rule 12(b)(6) motion to dismiss many of the claims asserted in the complaint for failure to state a claim. D.E. 13. This motion to dismiss was denied without prejudice in favor of granting defendants' motion to stay the case, which enabled the Clerk of the Court to administratively close the case. D.E. 33. When and if the stay is lifted, the magicJack defendants intend to refile their motion to dismiss, per the Court's instructions in its order staying the litigation. D.E. 33 ("the Parties may refile the motions pending at this time when and if this case is reopened.")

The magicJack defendants propose that the parties confer and jointly submit a proposal for further proceedings in this action, which proposal shall be submitted to the Court by January 31, 2014, by which time the Reexamination Certificate is likely to have issued.

2

Dated:  December 20, 2013                    Respectfully submitted,

                                                s/ Janet T. Munn
Janet T. Munn, Fla. Bar No. 501281
Email:  jmunn@rascoklock.com
RASCO KLOCK REININGER PEREZ ESQUENAZI VIGIL & NIETO283 Catalonia Avenue, Suite 200
Coral Gables, FL  33134Ph: 305.476.7101; Fax:  305.476.7102

**AND**

s/ Darryl M. Woo
Darryl M. Woo*
Email:dwoo@fenwick.com
Virginia K. DeMarchi*
Email:  vdemarchi@fenwick.com
Elizabeth J. White*
Email:  bwhite@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Ph: 415.875.2300; Fax: 415.281.1350
*Admitted Pro Hac Vice*

*Attorneys for Defendants*

MAGICJACK VOCALTEC LTD., MAGICJACK LP, MAGICJACK HOLDINGS CORPORATION
and DANIEL BORISLOW

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

>Joseph R. Englander, Esq.
>Email: jenglander@shutts.com
>Shutts & Bowen LLP
>200 East Broward Blvd.
>Suite 2100
>Fort Lauderdale, FL  33301
>Phone:  954.524.5505
>Fax:  954.524.5506
>
>Daniel Joseph Barsky, Esq.
>Email: dbarsky@shutts.com
>Shutts & Bowen LLP
>1100 CityPlace Tower
>525 Okeechobee Boulevard
>West Palm Beach, FL  33401
>Phone:  561.650.8518
>Fax:  561.822.5527
>
>John E. Johnson, Esq.
>Email: jjohnson@shutts.com
>Shutts & Bowen LLP
>4301 West Boy Scout Boulevard
>Suite 300
>Tampa, Florida  33607
>Phone:  813.229.8900
>Fax:  813.229.8901

By: s/ Janet T. Munn
Janet T. Munn