UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-81022-CIV-MIDDLEBROOKS/BRANNON

NETTALK.COM, INC.,

    Plaintiff,

vs.

MAGICJACK VOCALTEC LTD., *et al.*,

    Defendants.
_____/

## ORDER REOPENING CASE

THIS CAUSE comes before the Court upon the Parties' Joint Proposal for Further Proceedings (DE 43) ("Joint Proposal"), filed on January 31, 2014, in which the Parties agreed to reopen the case and proceed as set forth in accordance with their proposed scheduling order. Having considering the record and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Clerk of Court shall **REOPEN** this case. The Court adopts the dates and deadlines as set forth in the Parties' proposed schedule. (*See* DE 43). The Status Conference/Calendar Call shall be held at **1:15 p.m. on Wednesday, January 21, 2015**. Trial shall be held during the two-week period commencing **Monday, January 26, 2015**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this __5__ day of February, 2014.

                                                DONALD M. MIDDLEBROOKS
                                              UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record