**Exhibit 4**

(19) **United States**
(12) **Patent Application Publication**   (10) Pub. No.: **US 2009/0141708 A1**
Rodriguez et al.                          (43) Pub. Date:   **Jun. 4, 2009**

(54)   VOIP ANALOG TELEPHONE SYSTEM

(76)   Inventors:   Mark F. Rodriguez, North Miami,
FL (US); Anastasios Takis
Kyriakides, North Miami, FL (US);
Kenneth Hosfeld, North Miami, FL
(US); Leo Manzewitsch, North
Miami, FL (US)

Correspondence Address:
MALIN HALEY AND DIMAGGIO, PA
1936 S ANDREWS AVENUE
FORT LAUDERDALE, FL 33316 (US)

(21)   Appl. No.:   12/366,851

(22)   Filed:   Feb. 6, 2009

**Publication Classification**

(51)   Int. Cl.
*H04L 12/66*   (2006.01)

(52)   U.S. Cl. ...................................................... 370/352

(57)                   **ABSTRACT**

A multi-port VoIP telecommunications system that allows the
user to gain access to telephone connectivity through the
Internet by connecting directly to the Internet or by connect-
ing to the Internet through the existing Internet connection of
a computer or cell phone device.

10



Case 9:12-cv-81022-DPG   Document 48-4   Entered on FLSD Docket 03/20/2014   Page 3 of 9



*FIG. 1*

Case 9:12-cv-81022-DPG   Document 48-4   Entered on FLSD Docket 03/20/2014   Page 4 of 9



_FIG. 2_

_FIG. 3_

Patent Application Publication     Jun. 4, 2009   Sheet 3 of 4         US 2009/0141708 A1



FIG. 4

FIG. 5

FIG. 6

FIG. 7

FIG. 8

Case 9:12-cv-81022-DPG   Document 48-4   Entered on FLSD Docket 03/20/2014   Page 6 of 9



*FIG. 9*

US 2009/0141708 A1                                                           Jun. 4, 2009

## VOIP ANALOG TELEPHONE SYSTEM

### BACKGROUND OF THE INVENTION

[0001]   1. Field of the Invention

[0002]   This invention relates to a telecommunications system for personal phones or residential users that enables Voice over Internet Protocol (VoIP) telephony and facsimile services, and more specifically to a multi-port VoIP telephone system that allows the user to gain access to telephone connectivity through the Internet and utilize an analog telephone handset by transmitting through a device that is connected to the Internet by using an USB (Universal Serial Bus) port of a computer already connected to the internet or by connecting directly to the Internet via an RJ 45 port (or Ethernet port) or an existing Wi-Fi network or any other way to get connected to the Broadband Internet such as Wireless 3G (Third Generation) Services or Bluetooth (the short range wireless connectivity standard).

[0003]   2. Description of Related Art

[0004]   Land line telephone systems that include telephone handsets with wiring that goes through a publicly switched telephone network (PSTN) with a central office for switching are well known in the prior art. The basic technology behind how these systems are delivered has not changed much since its inception. Besides the fact that each individual phone set must be wired to be connected directly to each other individual handset during the telephone communication, the circuit is open between both of the handsets and through the central office switchboard during the conversation.

[0005]   Wireless telephony, which includes the use of wireless handsets and networks of cellular antennas, has increased immensely. This has allowed telephone users to connect to each other wirelessly from virtually any location that has access to a cellular network.

[0006]   VoIP is a general term for a family of transmission technologies for delivery of voice communications over the Internet or other packet-switch networks. Other terms whose meaning is synonymous include IP telephony, Internet telephony, voice over broadband, broadband telephony, and broadband phone, all of which are used when network connectivity is available over broadband internet access. VoIP systems typically interface with traditional PSTN, allowing for transparent telephone communications world wide.

[0007]   Typically, phones using a VoIP service can work from almost anywhere when connected to a computer that is accessing the Internet. However, some IP networks can be inherently unreliable and not provide a mechanism to ensure that data packets are delivered in sequential order. This can cause problems such as mitigating latency and jitter. Other problems can arise in channel routing VoIP traffic through firewalls and address translators.

[0008]   In the last few years, VoIP services have begun to be marketed commercially. These services have become more feasible in large part because of the increased availability of broadband internet access. Subscribers to these VoIP services are able to make and receive calls as they would over a traditional PSTN. Full service VoIP phone companies provide inbound and outbound calling with direct inbound dialing.

[0009]   In one VoIP scenario, an analog telephone adapter (ATA) is connected to and accesses the Internet through a computer with a broadband Internet connection and an existing telephone jack in order to provide service that is very similar to traditional PSTN. This service is typically offered by broadband internet service providers such as cable companies and telephone companies as a cheaper flat rate telephone service.

[0010]   Another VoIP scenario involves using the signaling protocol Session Initiation Protocol (SIP). SIP is widely used for setting up and tearing down multimedia communication sessions such as voice and video calls over the internet. SIP can be used for creating, modifying, and terminating two party or multi-party sessions consisting of one or more media streams. A motivating goal for SIP was to provide a signaling and call set up protocol for IP based communications that can support a superset of the call processing functions and features present in the PSTN. It is designed to enable the construction of and various functionalities within network elements designated proxy servers and user agents that permit familiar telephone like operations such as dialing a number, causing a phone to ring, hearing ring back tones, or busy signal.

[0011]   A primary limitation of existing VoIP systems is that they must use a computer in order to establish the requisite connection to the Internet.

[0012]   What is needed is a VoIP analog telephone system for personal phones and residential users that allows the user to gain access to telephone connectivity by transmitting through the USB port of a computer or other device that is connected to the Internet or by connecting directly to the Internet via an RJ 45 port or an existing Wi-Fi network.

### SUMMARY OF THE INVENTION

[0013]   A multi-port VoIP analog telephone system for connecting personal phones and residential users that includes telephony and facsimile services comprising a conventional telephone or facsimile machine which includes a telephone jack and an ATA device that includes an RJ 45 port and at least one USB port and is connected to the telephone jack. The ATA device can be connected to a computer, a broadband modem through a RJ 45 port or a Wi-Fi router, allowing it to connect to the internet.

[0014]   In its most basic setup, the system comprises the traditional analog telephone or facsimile machine connected to an ATA. The ATA is powered through its USB port either though a connection to a computer or through power adapter. The ATA can access the Internet directly through an RJ 45 port built in or indirectly by connecting through the ATA's USB port to a computer that is connected to the Internet or a device with access to the Internet through a cell phone network.

[0015]   In a more advanced setup, the ATA hardware can be supplemented so that the ATA can access to the Internet wirelessly through a Wi-Fi network (or WiMax, or other standard wireless Internet networks) that is locally available or by a Bluetooth wireless connection to a computer already connected to the Internet.

[0016]   The basic platform for the system includes a central processor, a storage medium, a memory source, a network interface card (NIC), a USB pot, an Internet input, a RJ 11 port (or any telephone port), and a reset switch which is included with an LED. The USB port can be used to input a power source, an Internet connection, or both. CODEC and SLIC circuitry is connected to the processor. The platform also includes an RJ 45 connector and RJ 11.

[0017]   The user can gain access to telephone connectivity either through the USB port of any computer or cell phone like devices with Internet access, through an RJ 45 port con-

nected to a switch, modem, or router without the need of a computer, or via a built-in Wi-Fi receiver without the need for a computer connection. The wireless connection through cell phone like devices can be through a GSM, EVDO, CODMA, and/or WIMAX network.

[0018]   The system also has an option for onboard dialers, ringtones, ring light, port inter phase for normal and/or Bluetooth auto input/output that completely eliminates the need for an external analog telephone device if the user so desires.

[0019]   The ATA uses a SIP protocol hosted locally to provide the telephony functionality. The telephone system includes normal features such as call hold, call transfer with or without consultation, call waiting, three party conference, call forwarding, do not disturb, speed dial, repeat dial on busy, caller ID number and name, caller ID block, anonymous call rejection, configurable country tones, distinctive ring, hot line, call hunting between extension, speed dial of ten numbers and address, message wait indication, visual message waiting indication, configurable hook flash, adaptive jitter buffer, facsimile (transparent and facsimile relay), 411 information, and advanced voice security features such as RTP.

[0020]   The system itself is plug-in-play and may have a CD that will help to install drivers on the computer connected to the Internet. The multi-port functional approach is also plug-in-play. The telephone functionality is auto configured and the ATA will take the user configuration from the network. The user sets the user account from a web page. The ATA can be identified by its MAC address and/or a serial number that can be electronically webbed.

[0021]   It is an object of this invention to provide a VoIP analog telephone system that can be connected to the Internet either directly or indirectly, with the ability to use several means of connection to establish telephone communications.

[0022]   It is another object of this invention to provide a VoIP telephone system for personal telephone use that allows for connection to a computer through the USB port wherein the computer does not need an SIP application in order to allow clean computer sharing.

[0023]   It is another object of this invention to provide a VoIP telephone system that provides unlimited calls to fixed phones throughout the United States, prepaid premium phone features, and VoIP service with any fixed phone, all while using an analog telephone headset.

[0024]   In accordance with these and other objects which will become apparent hereinafter, the instant invention will now be described with particular reference to the accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

[0025]   FIG. 1 shows a perspective view of the present invention.

[0026]   FIG. 2 shows a block diagram of the connections used in the present invention.

[0027]   FIG. 3 shows a block diagram of the connections used in the present invention.

[0028]   FIG. 4 shows a top plan view of the connections used in the present invention.

[0029]   FIG. 5 shows a schematic diagram of the present invention using a USB connection to a computer.

[0030]   FIG. 6 shows a schematic diagram of the present invention using an Ethernet connection.

[0031]   FIG. 7 shows a schematic diagram of the present invention using a Wi-Fi connection.

[0032]   FIG. 8 shows a schematic diagram of the present invention using a USB connection to a cell phone.

[0033]   FIG. 9 shows a schematic exploded diagram of the present invention with power connector adapters and power adapters

## DETAILED DESCRIPTION

[0034]   Referring now to the drawings and, in particular, FIGS. 1 through 3 the heart of the present invention is the ATA 10, which is a rigid device with a tall end 11 and a short end 20. The tall end 11 houses several of the ports that are needed to enable the numerous functions of the invention. An LED light 12 provides a visual display of the current power and operational state of the ATA 10. The reset button 17, when depressed by a user, shuts down and then immediately restarts the ATA 10. Two USB ports 13, 14 perform the function of providing data input/output as well as power input to the device. An Ethernet port 15 allows an Ethernet cord to be directly connected to the ATA 10 so that the invention can be used without a computer with Internet access. The telephone jack 16 is where the ATA 10 can receive a connection from an analog telephone handset.

[0035]   The short end 20 of the invention contains a Wi-Fi adapter port 23. In order to enable the ATA 10 to employ a Wi-Fi Internet connection to utilize VoIP service, a Wi-Fi adapter 24 must be inserted into the Wi-Fi adapter port 23. When the Wi-Fi adapter 24 is fully engaged with the Wi-Fi adapter port 23, the ATA will search for available Wi-Fi networks and connect to an available Wi-Fi network.

[0036]   Referring now to FIG. 4, the control circuitry 25 in the ATA 10 contain several key components, all of which is mounted onto platform. The heart of the circuitry components is the central processor. The ATA 14 also requires a random access memory component, an NIC component, and a storage medium component. In addition, the storage medium will contain the necessary software to perform the basic VoIP operations, including CODEX, SLIC, and SIP. Each of these components connect work through the processor and the various ports depending upon a particular input from the Internet and output to the Internet that will be achieved from the physical connection to an analog telephone handset.

[0037]   Referring now to FIG. 5, the basic telephone VoIP system is shown that includes an analog telephone handset 30 as one would find in the conventional residence or even commercially. The analog telephone handset 30 is connected to the ATA 31 through the ATA's 31 telephone port (RJ 11 or compatible). The ATA 31 is shown connected to a computer 32 through a USB cord that is connected to the computer 32 and to the USB port on the ATA 31. The computer 32 is shown wired a modem 33 (or router, modem/router combination device and/or a switch), which the computer is using to obtain access to the Internet. The ATA 31 receives power and accesses the Internet through the computer's 32 existing power supply and Internet access and is able to provide VoIP service through the computer's 32 Internet connection. When the VoIP system is configured in this way, a use is able to place and receive telephone calls nationwide without the analog telephone headset 30 being wired through a PSTN.

[0038]   Referring now to FIG. 6, the VoIP system that does not require a computer is shown that includes a basic analog telephone handset 40. The analog telephone handset 40 is connected to the ATA 41 through the ATA's 41 telephone port (RJ 11 or compatible). The ATA 41 is shown connected to a USB electric plug adapter 42 through a USB cord that is

US 2009/0141708 A1

Jun. 4, 2009

3

plugged into one of the ATA's 41 USB ports. The USB electric plug adapter 42 allows the ATA 41 to receive electrical power without a computer connection. The ATA 41 is also shown connected directly to a modem 43 (or router, modem/router combination device and/or a switch) with a Ethernet card (RJ 45 or compatible) plugged into its Ethernet port. This allows the ATA 41 to access the Internet through the modem 43 without a computer connection. The ATA 41 is able to utilize a direct connection to the Internet through the ATA's 41 NIC component, which is similar to the NIC component found in computers. When the VoIP system is configured in this way, a use is able to place and receive telephone calls nationwide without the analog telephone handset 40 being wired through a PSTN and even without the a wired connection to a computer.

[0039]   Referring now to FIG. 7, the VoIP system that does not require a computer is shown that includes a basic analog telephone handset 50. The analog telephone handset 50 is connected to the ATA 51 through the ATA's 51 telephone port (RJ 11 or compatible). The ATA 51 is shown connected to a USB electric plug adapter 52 through a USB cord that is plugged into one of the ATA's 51 USB ports. The USB electric plug adapter 52 allows the ATA 51 to receive electrical power without a computer connection. The ATA 51 is also shown exchanging wireless signals with a wireless router 53. This facilitates the ATA 51 to access the Internet wirelessly through the wireless router 53 without a computer connection or even a wired connection to a modem, router, modem/router combination device and/or a switch. The ATA 51 is able to connect to the wireless signal through the ATA's 51 Wi-Fi adapter and the ATA 51 utilizes the connection to the Internet through the ATA's 51 NIC component, which is similar to the NIC component found in computers. When the VoIP system is configured in this way, a use is able to place and receive telephone calls nationwide without the analog telephone handset 50 being wired through a PSTN and even without the a wired connection to a computer or a modem.

[0040]   Referring now to FIG. 8, the VoIP system that does not require a computer is shown that includes a basic analog telephone handset 60. The analog telephone handset 60 is connected to the ATA 61 through the ATA's 61 telephone port (RJ 11 or compatible). The ATA 61 is shown connected to a USB electric plug adapter 62 through a USB cord that is plugged into one of the ATA's 61 USB ports. The USB electric plug adapter 62 allows the ATA 61 to receive electrical power without a computer connection. The ATA 61 is also shown connected to a cell phone 63 through a USB cord that is plugged into one of the ATA's 61 USB ports. When configured in this manner, the ATA 61 can access the Internet through the cell phone's 63 Internet connection. Generally, it is through a cell phone's 63 connection to the cell phone tower 64, whether the connection is of a GSM, CDMA, or EVDO standard, that the cell phone is able to obtain access to the Internet. However, the ATA 61 can also access the Internet through the cell phone 63 if the cell phone is connecting to the Internet through an available Wi-Fi or WIMAX signal.

[0041]   Either way, this configuration provides the most flexibility in terms of location and facilitates the ATA 61 to access the Internet wirelessly cell phone 63 without a computer connection, a wired connection to a modem, router, modem/router combination device and/or a switch, or even a nearby Wi-Fi signal. When the VoIP system is configured in this way, a use is able to place and receive telephone calls nationwide without the analog telephone handset 60 being

wired through a PSTN and even without the a wired connection to a computer or a modem, or even a WLAN nearby.

[0042]   Referring now to FIG. 9 the system is shown set up to have the analog phone 70 connected to ATA 71 to include the WI-FI device 72 and a series of power adapters 73, 74, and 75 which are power connector adapters.

[0043]   The instant invention has been shown and described herein in what is considered to be the most practical and preferred embodiment. It is recognized, however, that departures may be made therefrom within the scope of the invention and that obvious modifications will occur to a person skilled in the art.

What is claimed is:

1. A multiport Voice over Internet Protocol (VoIP) system for telecommunications, said system comprising:

  an analog telephone for transmitting and receiving sound;

  an analog telephone adapter (ATA) comprising a rigid body, a central processor, a storage medium, a memory source, a network interface card (NIC), one or more USB ports, an Internet input, and a telephone port;

  said analog telephone connected to said telephone port in for transmission and receipt electronic signals from the ATA;

  said NIC being coupled to the Internet input; and

  whereby said analog telephone handset communications are performed through the Internet.

2. A VoIP system as in claim 1, wherein said Internet input is an Ethernet port, allowing the NIC to facilitate the transmission and receipt of Internet Protocol signals.

3. A VoIP system as in claim 1, wherein said Internet input is a Wi-Fi receivers allowing the NIC to facilitate the transmission and receipt of Internet Protocol signals wirelessly.

4. A VoIP system as in claim 1, wherein a USB electric plug adapter is connected to the ATA through the USB port.

5. A VoIP system as in claim 1, wherein the storage medium contains a Session Initiation Protocol that is accessible by the central processor.

6. A VoIP system as in claim 1, wherein the analog telephone is a facsimile machine.

7. A method of initiating and sending a VoIP communication, said method comprising:

  providing a physical and electrical connection between an analog telephone handset and an analog telephone adapter (ATA);

  providing a physical and electrical connection between said ATA and a power source;

  providing an electrical connection between said ATA and the Internet;

  causing said telecommunications device to transmit VoIP data through the ATA;

  providing analog telephone communications between analog telephone handsets over the Internet.

8. The method of claim 7, wherein the power source is a USB connection to an electric plug adapter.

9. The method of claim 7, wherein the ATA connects directly to the Internet through a wired Ethernet connection or a wireless connection on a Wi-Fi network.

10. A method of initiating and sending a VoIP communication, said method comprising:

  providing a connection between a telecommunications device and an analog telephone adapter (ATA);

  providing a connection between said ATA and a power source;