UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

In the matter of: Civil Case Transfers to
**District Judge Darrin P. Gayles**

| | |
|---|---|
| Furr v. Maple Leaf Drilling Partners, | Case No: 13-mc-61375-DMM |
| Corbin v. Credit Protection, | Case No: 14-cv-60634-DMM |
| Feinberg v. JP Morgan Chase Bank, | Case No: 14-cv-60781-DMM |
| Duarte v. Maldonado Brothers, Inc., | Case No: 13-cv-80552-DMM |
| Eller v. OCWEN Loan Servicing LLC, | Case No: 14-cv-80269-DMM |
| Donahue v. PNC Bank, NA, | Case No: 14-cv-80501-DMM |
| Greenberg v. Holahan *et al.*, | Case No: 14-cv-80568-DMM |
| Rademaker v. World Recovery Service, LLC, | Case No: 14-cv-80596-DMM |
| MPS Rx Fla., LLC v. Hillsborough Extended Care, | Case No: 14-cv-80624-DMM |
| Am. Gen. Life Ins. Co. v. Rachlin, | Case No: 14-cv-80665-DMM |
| Sanchez v. T C P B Condominium Association, | Case No: 14-cv-80767-DMM |
| Brady v. E. Hebert Plumbing, LLC, *et al.*, | Case No: 14-cv-80791-DMM |
| Velez v. Social Security, | Case No: 14-cv-80821-DMM |
| Hoya v. Graham Holdings Company, | Case No: 14-cv-60567-DMM |
| Net Talk.Com, Inc. v. magicJack Vocaltec Ltd., | Case No: 12-cv-81022-DMM |
| Crooks v. Florida Department of Corrections, | Case No: 13-cv-80200-DMM |
| Hanley v. Williams, | Case No: 13-mc-80297-DMM |
| Lopez v. Greenacre Farmer's Market, Inc., | Case No: 14-cv-80229-DMM |
| Cruz v. Lumina Internacional, Inc., | Case No: 14-cv-80396-DMM |

## ORDER OF REASSIGNMENT

The above-styled cases have been selected by the Clerk of Court utilizing a random selection procedure to insure the fair and impartial reassignment of cases from the undersigned District Judge to the newly appointed **District Judge Darrin P. Gayles.**

Prior to executing this Order, the undersigned has reviewed the files and has ruled upon all pending ripe motions that have not been referred to the paired Magistrate Judge, and which are fully briefed, in accordance with the policy established by the Judges of the Southern District of Florida (See Internal Operating Procedures, Section 2.05.03 -2.05.04).  It is hereby

**ORDERED** that the above-styled actions are hereby **REASSIGNED** to the calendar of the **Honorable Darrin P. Gayles** as of June 30, 2014, for all further proceedings.  It is further

**ORDERED** that all pleadings hereafter filed shall bear the assigned case number followed by the initials **DPG** in lieu of the present initials.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 30th day of June, 2014.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    All Counsel of Record/*pro se* parties