UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM DIVISION

CASE NO. 12-81022-CIV-GAYLES/TURNOFF

NETTALK.COM, INC.,

      Plaintiff,

  v.

MAGICJACK VOCALTEC LTD., MAGICJACK
LP, MAGICJACK HOLDINGS CORPORATION,
AND DANIEL BORISLOW

      Defendants.

_____/

**MOTION OF VIRGINIA K. DeMARCHI, ESQ.,
SAINA S. SHAMILOV, ESQ., ELIZABETH J. WHITE, ESQ.
AND EARL W. MAH, ESQ. TO WITHDRAW AS COUNSEL
OF RECORD FOR THE MAGICJACK DEFENDANTS**

Virginia K. DeMarchi, Esq. ("Ms. DeMarchi"), Saina S. Shamilov, Esq. ("Ms. Shamilov"), Elizabeth J. White, Esq. ("Ms. White"), and Earl W. Mah, Esq. ("Mr. Mah"), of the law firm Fenwick & West, LLP ("Fenwick & West"), and who are admitted in this matter *pro hac vice,* hereby move to withdraw from this action as counsel of record for Defendants magicJack Vocaltec Ltd, magicJack LP, and magicJack Holdings Corp. (collectively the "magicJack Defendants").[1] Ms. DeMarchi, Ms. Shamilov, Ms. White and Mr. Mah are no longer acting as counsel for the magicJack Defendants in this action. The magicJack Defendants will continue to be represented in this action by lead counsel Darryl M. Woo, Esq., who recently

---

[1] Defendant Daniel Borislow is deceased. His estate has not yet appeared in this action and former counsel for Mr. Borislow has not been authorized to act on behalf of the estate.

left Fenwick & West and is now a partner in Vinson & Elkins LLP.[2] The magicJack Defendants will also continue to be represented by local counsel, Janet T. Munn, Esq., of Rasco Klock Perez & Nieto, P.L.  The withdrawal of the Fenwick & West attorneys will not be used as grounds for a continuance of trial.

## CONCLUSION

On the basis of the foregoing, Ms. DeMarchi, Ms. Shamilov, Ms. White and Mr. Mah, respectfully request that the Court grant their motion to withdraw as counsel to the magicJack Defendants in this action and that they and the law firm of Fenwick & West LLP have no further responsibilities in this action.  A proposed Order is attached as Exhibit A.

## CERTIFICATE OF PRE-FILING CONFERENCE

I, Janet T. Munn, Esq., counsel for the magicJack Defendants, hereby certify that prior to filing this motion I conferred with counsel for Plaintiff, Daniel J. Barsky, Esq., and informed him that Mr. Woo has left Fenwick & West LLP and joined Vinson & Elkins LLP and that this instant motion to withdraw would be filed.

s/ Janet T. Munn
Janet T. Munn, Esq.

---

[2] Mr. Woo previously filed a notice of change of firm and contact information via CM/ECF [D.E. #103].

Dated: November 3, 2014						Respectfully submitted,


								s/ Janet T. Munn
								Janet T. Munn, Fla. Bar No. 501281
								Email:  jmunn@rascoklock.com
								**Rasco Klock Perez Nieto, P.L.**
								2555 Ponce de Leon Blvd., Suite 600
								Coral Gables, FL  33134
								Telephone:  305.476.7101
								Facsimile:  304.475.7102

								**AND**

								s/Virginia K. DeMarchi_____
								Virginia K. DeMarchi*
								Email: vdemarchi@fenwick.com
								Saina Shamilov*
								Email: sshamilov@fenwick.com
								Elizabeth J. White*
								Email:bwhite@fenwick.com
								Earl W. Mah*
								Email: emah@fenwick.com
								**Fenwick & West LLP**
								555 California Street, 12th Floor
								San Francisco, CA 94104
								Telephone: 415.875.2300
								Facsimile: 415.281.1350
								*\* Admitted Pro Hac Vice*

								*Counsel for Defendants*
								magicJack VocalTec Ltd., magicJack LP,
								and magicJack Holdings Corporation

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 3, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Eric C. Christu, Esq.
Email: echristu@shutts.com
Daniel J. Barsky, Esq.
Email:  dbarsky@shutts.com
Shutts & Bowen LLP
1100 CityPlace Tower
525 Okeechobee Blvd.
West Palm Beach, FL  33401
*Attorneys for Plaintiff*


Joseph Robert Englander, Esq.
jenglander@shutts.com
Shutts & Bowen LLP
200 East Broward Blvd., Suite 2100
Fort Lauderdale, FL 33301
*Attorneys for Plaintiff*

    s/ Janet T. Munn
    Janet T. Munn