UNITED STATES DISTRICT COURT
Southern District of Florida
Miami Division
Case Number: 9:12-cv-81022-GAYLES/TURNOFF

NETTALK.COM, INC., a Florida
corporation,

    Plaintiff,

vs.

MAGICJACK VOCALTEC LTD., an
Israel limited partnership; MAGICJACK
LP, a Delaware limited partnership;
MAGICJACK HOLDINGS
CORPORATION f/k/a YMAX
HOLDINGS CORPORATION, a Delaware
corporation; and DANIEL BORISLOW, an
individual and citizen of the State of
Florida,

    Defendants.
_____/

## SHUTTS & BOWEN LLP'S
## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Shutts & Bowen LLP, counsel of record for Plaintiff netTalk.com, Inc. ("netTalk"), moves this Court for leave to withdraw as counsel of record in the above-captioned civil action pursuant to S.D. Fla. L.R. 7.1(a)(1)(F) and 11.1(d)(3). Defendants have indicated they object to the relief sought herein as netTalk is a corporate entity and therefore cannot represent itself, and netTalk does not have replacement counsel immediately ready to appear on its behalf in this matter.

Because of irreconcilable difference between clients and counsel, the firm of Shutts & Bowen LLP and its lawyers move for permission to immediately withdraw as counsel. Pursuant to S.D. Fla. L.R. 11.1(d)(3), the current mailing address for netTalk is 1080 NW 163rd Drive,

Miami, Florida 33169. netTalk does not have replacement counsel to immediately appear on its behalf in this matter and has instructed the undersigned to request this court grant netTalk a 90 day stay in this matter in which to obtain new counsel and for said replacement counsel to learn the file and prepare to proceed with this matter.

Pursuant to S.D. Fla. L.R. 7.1(a)(2), a proposed order granting this motion is attached.

WHEREFORE, Shutts & Bowen LLP requests this court enter an order allowing it to withdraw as counsel of record in this matter, discharging it of any further obligation in this matter, and for such other and further relief as this court deems appropriate.

## CERTIFICATE OF CONFERENCE

WE HEREBY CERTIFY that, in accordance with S.D. Fla. L.R. 7.1(a)(3), I have conferred by way of telephone with counsel for all parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion. Counsel for Defendants/Cross-Defendants indicated they oppose the relief sought herein as netTalk is a corporate entity and does not have replacement counsel ready to immediately appear on its behalf in this matter. Defendants state they oppose the relief sought herein because the lack of immediate replacement counsel for netTalk would prejudice defendants in completing discovery and other pre-trial tasks within the time limits set in the current scheduling order.

                                                /s/ Daniel J. Barsky
                                                Daniel J. Barsky, Esq.

Dated: November __25__, 2014

SHUTTS & BOWEN LLP
Attorneys for Plaintiff
netTalk.com, Inc.
1100 CityPlace Tower
525 Okeechobee Boulevard
West Palm Beach, FL 33401
Telephone: (561) 835-8500
Facsimile: (561) 650-8530

By: /s/ Daniel J. Barsky
Eric C. Christu
echristu@shutts.com
Florida Bar No. 434647
Joseph R. Englander
jenglander@shutts.com
Florida Bar No. 935565
Daniel J. Barsky
dbarsky@shutts.com
Florida Bar No. 25713

## CERTIFICATE OF SERVICE

I hereby certify that on November __25__, 2014, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

Janet T. Munn, Esq.
**Rasco Klock Reininger Perez Esquenazi Vigil & Nieto**
*Counsel for Defendants*
283 Catalonia Avenue
Suite 200
Coral Gables, Florida 33134
305-476-7101 (ph)/305-476-7102(fax)
jmunn@rascoklock.com

Darryl M. Woo, Esq. (*pro hac vice*)
Christopher G. Granaghan, Esq. (*pro hac vice*)
Puneet Kohli, Esq. (*pro hac vice*)
Ajeet P. Pai, Esq. (*pro hac vice*)
Stephen C. Stout, Esq. (*pro hac vice*)
Janice L. Ta, Esq. (*pro hac vice*)
**Vinson & Elkins LLP**
*Counsel for Defendants*
525 Market Street
Suite 2750
San Francisco, CA 94105
415-979-6900 (ph)/415-651-8786 (fax)
dwoo@velaw.com; cgranaghan@velaw.com; pkohli@velaw.com; apai@velaw.com; sstout@velaw.com; jta@velaw.com.
   /s/ Daniel J. Barsky
   Daniel J. Barsky