IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-81022-CIV-GAYLES/TURNOFF

NET TALK.COM, INC.,

    Plaintiff,

v.

MAGICJACK VOCALTEC LTD., MAGICJACK LP, MAGICJACK HOLDINGS CORPORATION, AND MICHELE BORISLOW, PERSONAL REPRESENTATIVE OF THE ESTATE OF DANIEL BORISLOW,

    Defendants.

**AGREED MOTION TO RESET JULY 23, 2015 HEARING DATE**

The Court has scheduled a hearing on the defendants' motions for costs and fees (Dkt. ##160-161, 166) for July 23, 2015 at 2:00 p.m. (Dkt. #173.)  Due to a scheduling conflict, counsel for Plaintiff Net Talk.com, Inc. ("netTALK") respectfully moves for an order resetting the July 23 hearing date.  Chambers has advised counsel for netTALK that the Court is available for a reset hearing on any of the following dates: August 11, 17, 18, or 21, 2015.  Counsel for netTALK has conferred with counsel for Defendants concerning this motion.  Counsel for Defendants advise that Defendants will not oppose this motion and that they are available for a reset hearing on any of the aforementioned dates.  Wherefore, to avoid weekend travel for anyone attending the hearing from out of town, netTALK seeks an order resetting the hearing date for August 11 or 18, 2015, at the convenience of the Court.

1

Dated: July 15, 2015

Respectfully submitted,

By: */s/ Matthew Sean Tucker*
Matthew Sean Tucker (Fla. Bar. 90047)
*Co-Counsel for Plaintiff*
Tucker IP
2515 Marina Bay Drive West, No. 202
Fort Lauderdale, FL 33312
Telephone: (954) 204-0444
Facsimile: (954) 358-4946
mtucker@tuckeriplaw.com
*Attorney for Plaintiff*
NET TALK.COM, INC.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 15, 2015 the foregoing:

**AGREED MOTION TO RESET JULY 23, 2015 HEARING DATE**

was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record.

**David Brafman** (FBN: 68289)
Email: david.brafman@akerman.com
**Mark Passler** (FBN: 58068)
Email: mark.passler@akerman.com
Akerman LLP
777 South Flagler Drive
Suite 1100 West Tower
West Palm Beach, FL 33401
Tel: (561) 653-5000 / Fax: (561) 659-6313

**Brian Miller** (FBN: 980633)
Email: brian.miller@akerman.com
Akerman LLP
One Southeast Third Ave. 25th Floor
Miami, FL 33131
Tel: (305) 374-5600 / Fax: (305) 374-5095

**Darryl M. Woo**\*
Email: dwoo@velaw.com
VINSON & ELKINS, LLP
525 Market Street, Suite 2750
San Francisco, CA 94105
Tel: 415-979-6900 / Fax: 415-520-5377

**Ajeet Pai**\*
Email: apai@velaw.com
**Stephen Stout**\*
Email: sstout@velaw.com
**Janice Ta**\*
Email: jta@velaw.com
**Chris Granaghan**\*
Email: cgranaghan@velaw.com
**Puneet Kohli**\*
Email: pkohli@velaw.com
VINSON & ELKINS LLP
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
Tel: 512-542-8400 / Fax: 512-236-3278

*Counsel for Defendants*
*magicJack Vocaltec Ltd., magicJack, LP and*
*magicJack Holdings Corporation and*
*Michele Borislow, Personal Representative*
*of the Estate of Daniel Borislow*
*Counsel for Sears Holdings Corporation and Sears, Roebuck & Co.*

*s/Matthew Sean Tucker*
*Attorney for Plaintiff*
NET TALK.COM, INC